IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 OCT 13  PM 3:38
CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____
          DEPUTY

| | |
|---|---|
| VIRGIN MARTINEZ,<br>       PLAINTIFF,<br><br>V.<br><br>JOHN FULILOVE AND<br>DAVID MARTINEZ,<br>       DEFENDANTS. | §<br>§<br>§<br>§  CAUSE NO. 1:20-CV-122-LY<br>§<br>§<br>§<br>§ |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On October 12, 2020, Plaintiff Virgil Martinez filed a Unopposed Dismissal of Stipulation (Doc. #11) pursuant to Rule 41(a)(1)(A)(i). Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this __13th__ day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE